# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID CABADA,<br><br>    Petitioner,<br><br>v.<br><br>JAMES A. YATES,<br><br>    Respondent. | Case No. EDCV 10-0317-AG (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is DENIED; and (2) Judgment shall be entered DISMISSING this action with prejudice.

DATED: April 30, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE